## PLAINTIFF'S CERTIFICATION

I, Manisha Shah ("Plaintiff"), declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Aimmune Therapeutics, Inc. (Nasdaq -AIMT) securities during the Class Period specified in the Complaint are as follows (use additional sheet if necessary):

| DATE | # OF SHARES PURCHASED | # OF SHARES SOLD | PRICE |
|---|---|---|---|
| 6.2.2020 | 200 | ⌀ | |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws. [Or, Plaintiff has served as a class representative in the action(s) listed as follows:]

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __ day of September, 2020.

Sign Name: *M. Shah*
Print Name: Manisha Shah
Address: 314 Devonian Way
State, Zip Code: Ottawa
County/Country (if not USA): Canada