1  **BRODSKY & SMITH, LLC**
   Evan J. Smith, Esquire (SBN 242352)
2  esmith@brodskysmith.com
   Ryan P. Cardona, Esquire (SBN 302113)
3  rcardona@brodskysmith.com
   9595 Wilshire Boulevard, Suite 900
4  Beverly Hills, CA 90212
   Phone: (877) 534-2590
5  Facsimile: (310) 247-0160

6  *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MANISHA SHAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIMMUNE THERAPEUTICS, INC., JAYSON DALLAS, GREG BEHAR, PATRICK ENRIGHT, KATE FALBERG, BRETT HAUMANN, MARK IWICKI, MARK MCDADE, and STACEY D. SELTZER,<br><br>Defendants. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
|---|---|

- 1 -
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO
CIVIL L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 21, 2020

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Phone: (877) 534-2590
Facsimile (310) 247-0160