1 | **BRODSKY & SMITH, LLC**
Evan J. Smith, Esquire (SBN 242352)
2 | esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
3 | rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
4 | Beverly Hills, CA 90212
Phone: (877) 534-2590
5 | Facsimile: (310) 247-0160

6 | *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANISHA SHAH, individually and on behalf of all others similarly situated, | **Case No.: 3:20-cv-06609-JD** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| AIMMUNE THERAPEUTICS, INC., JAYSON DALLAS, GREG BEHAR, PATRICK ENRIGHT, KATE FALBERG, BRETT HAUMANN, MARK IWICKI, MARK MCDADE, and STACEY D. SELTZER, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

1  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
2  Procedure, plaintiff Manisha Shah ("Plaintiff") voluntarily dismisses this action without prejudice
3  as to both the Plaintiff's individual claims and the claims of the putative class. This notice of
4  dismissal is being filed before service by Defendants of either an answer or a motion for summary
5  judgment. Since no class has been certified and the dismissal is without prejudice as to the
6  members of the putative class, notice of this dismissal is not required. Plaintiff's dismissal of this
7  Action is effective upon filing of this notice.

Dated: November 12, 2020

**BRODSKY & SMITH, LLC**

By: */s/ Evan J. Smith*
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Phone: (877) 534-2590
Facsimile (310) 247-0160